IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL NO. 74 HEALTH AND WELFARE TRUST FUND, ET AL., <br><br>　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>JF SOBIESKI MECHANICAL CONTRACTORS INC., <br><br>　　　　　　　Defendant. | ) ) ) ) ) ) Civil Action No. 04-1526-KAJ ) ) ) ) ) ) ) ) |

## ORDER

At Wilmington, Delaware, this **27th** day of **April, 2005**, there having been no activity in the above captioned case since January 4, 2005;

IT IS ORDERED that, on or before **May 9, 2005**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE