# FERRY, JOSEPH & PEARCE, P.A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DiSABATINO
(1938-2001)

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

May 2, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    Re:  *Plumbers & Pipefitters Local No. 74, etc., et al. v. J.F. Sobieski Mechanical Contractors, Inc.,*
          C.A. No. 04-1526 (KAJ)

Dear Judge Jordan:

    I am local counsel to the plaintiffs in this case. This letter responds to the Court's order to show cause dated April 27, 2005. Very soon after the complaint was served, Mr. Fasic entered his appearance for the defendant and the parties immediately commenced settlement negotiations. During these negotiations, the plaintiffs granted the defendant an open-ended extension of time to respond to the complaint.

    I am pleased to report that the settlement is very nearly completed, subject only to final review and execution. I fully expect to file a dismissal of the case within the next 30 days. If circumstances prevent the case from being dismissed within that time period, I will let the Court know immediately. I have spoken with Mr. Fasic and he agrees with this report on the status of the case.

The Honorable Kent A. Jordan
May 2, 2005
Page 2

    For these reasons, I respectfully request that the Court refrain from dismissing the case. My co-counsel and I are prepared to answer any questions the Court may have about this matter.

                                              Respectfully,

                                              Rick S. Miller (#3418)

cc:   Sanford G. Rosenthal, Esquire
       G. Kevin Fasic, Esquire
       Clerk of the Court (e-filed)