IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| J.F. SOBIESKI MECHANICAL CONTRACTORS, INC. a/k/a J.F. Sobieski Plumbing & Heating, Inc. a/k/a J.F. Sobieski, Inc. | : | |
| Defendant | : | NO. 04-CV-1526 |

**JOINT STIPULATION OF DISMISSAL**

It is stipulated and agreed by undersigned counsel on behalf of all parties to this action that this action may be dismissed with prejudice in accordance with the terms of a settlement between the parties.

FOR ALL PLAINTIFFS

FERRY, JOSEPH & PEARCE, P.A.

BY: _____
RICK S. MILLER, ESQUIRE (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555

OF COUNSEL:

Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Fl.
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0611

FOR DEFENDANTS

TIGHE, COTTREL & LOGAN, P.A.

BY: _____
G. KEVIN FASIC, ESQUIRE
704 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400

153099-1