IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| J.F. SOBIESKI MECHANICAL CONTRACTORS, INC. a/k/a J.F. Sobieski Plumbing & Heating, Inc. a/k/a J.F. Sobieski, Inc. | : : : | |
| Defendant | : | NO. 04-CV-1526 |

## ORDER

Upon consideration of the Joint Stipulation of Dismissal, this matter is dismissed with prejudice.

BY THE COURT:

Dated:_____
      Wilmington, DE

_____
                                    J.

153099-1